## OLIVETTI CORP. v. AMES BUSINESS SYSTEMS, INC.

No. 418P86.

Case below: 81 N.C. App. 1.

Petition by plaintiff for temporary stay allowed 9 July 1986.

## PARKER MARKING SYSTEMS, INC. v. DIAGRAPH-BRADLEY INDUSTRIES, INC.

No. 266P86.

Case below: 80 N.C. App. 177.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

## PERRY v. PERRY

No. 282PA86.

Case below: 80 N.C. App. 169.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 2 July 1986.

## ROANOKE CHOWAN HOUSING AUTHORITY v. VAUGHAN

No. 413P86.

Case below: 81 N.C. App. 354.

Petition by defendants for writ of supersedeas and temporary stay denied 9 July 1986.

## STATE v. BAILEY

No. 380PA86.

Case below: 80 N.C. App. 678.

Petition by the State for discretionary review under G.S. 7A-31 allowed 2 July 1986. Petition by the State for writ of supersedeas and temporary stay denied 2 July 1986.